

# NUMBER 13-22-00368-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**RAMON SALINAS #01662146,**                                       **Appellant,**

**v.**

**CHARLES C. SMITH,**                                               **Appellee.**

---

### On appeal from the 156th District Court
### of Bee County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Peña

On August 8, 2022, appellant filed a notice of appeal. On August 10, 2022, and on September 26, 2022, the Clerk of the Court notified appellant that his notice of appeal was not in compliance with Texas Rules of Appellant Procedure 9.5(e) and 25.1(d)(4). *See* TEX. R. APP. P. 9.5(e) and 25.1(d)(4). Appellant was also advised, if the defects were not corrected within ten days, the appeal would be dismissed. TEX. R. APP. P. 42.3(b),

(c). Furthermore, on September 1, 2022, the Clerk of the Court notified appellant that his docketing statement was past due.

Appellant has failed to correct the defects in his notice of appeal and has otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
16th day of February, 2023.